Kevin S. Brown
Erin E. Harris
**PAOLI & BROWN., P.C.**
Attorneys at Law
116 West Callender St.
Livingston, MT  59047
Telephone:  406-222-4420
Fax: 406-222-1032
kevin@paolibrown.com
erin@paolibrown.com

Timothy C. Kelly
Kelly Law Office
P O Box 65
Emigrant, MT 59027
Voice: 406/333-4111
Fax: 844/865-8969
tckellylaw@gmail.com
Attorneys for Plaintiff Chad Batey

UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
Billings Division

| | |
|---|---|
| CHAD BATEY, | ) Cause No. 1:18-CV-00133-SPW-JTC |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF VOLUNTARY |
| -vs- | ) DISMISSAL OF ROSEBUD COUNTY |
| | ) SHERIFF'S DEPARTMENT |
| ROSEBUD COUNTY SHERIFF'S | ) PURSUANT TO RULE 41(a)(1)(A)(i) |
| DEPARTMENT, ROSEBUD | ) |
| COUNTY (MT), ALLEN FULTON, | ) |
| individually and as administrator of | ) |
| the Rosebud County Detention | ) |
| Facility and as Rosebud County | ) |
| Sheriff, BRIAN EGELAND, | ) |
| DANIEL SCHEENMAN, and John | ) |
| Does 1-5, | ) |
| Defendants. | ) |

-1-

NOTICE OF VOLUNTARY DISMISSAL OF ROSEBUD
COUNTY SHERIFF'S DEPARTMENT PURSUANT TO RULE 41(a)(1)(A)(i)

To the Clerk of the District Court:

Please Take Notice that pursuant to Fed. Rule of Civ. Procedure 41(a)(1)(A)(I) and in light of the fact that the Rosebud County Sheriff's Department is a subdivision of the Defendant Rosebud County, the Plaintiff, by and through his attorneys, voluntary dismisses the Rosebud County Sheriff's Department as a party-defendant in this case.

DATED this 29th day of November, 2018.

Kelly Law Office

By: __/s/ Timothy C. Kelly_____
    Timothy C. Kelly
    One of the Attorneys for Plaintiff