UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN - 7 2019
Clerk, U S District Court
District Of Montana
Billings

CHAD BATEY,

Plaintiff,

vs.

ROSEBUD COUNTY (MT); ALLEN FULTON, individually and as administrator of the Rosebud County Detention Facility and as Rosebud County Sheriff, BRIAN EGELAND; DANIEL SCHEENMAN, and John Does 1-5,

Defendants.

CV-18-133-BLG-SPW-TJC

ORDER

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all

necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 7th day of January, 2019.

SUSAN P. WATTERS
United States District Judge