IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAD BATEY,<br><br>               Plaintiff,<br><br>vs.<br><br>ROSEBUD COUNTY SHERIFF'S DEPARTMENT, ROSEBUD COUNTY (MT), ALLEN FULTON, individually and as administrator of the Rosebud County Detention Facility and as Rosebud County Sheriff, BRIAN EGELAND, DANIEL SCHNEEMAN, and John Does 1-5,<br><br>               Defendant. | CV 18-133-BLG-TJC<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Plaintiff Chad Batey and Defendants Rosebud County, Sherriff Allen Fulton, Detention Commander Brian Egeland, and Detention Officer Daniel Schneeman have filed a joint motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 10.) Good cause appearing, IT IS HEREBY ORDERED that parties' joint motion is GRANTED.

Defendants' counsel, Maureen H. Lennon, and Plaintiff's counsel, Timothy C. Kelly, may appear by telephone at the February 26, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

    1.     Dial 1-877-848-7030

2. Enter Access Code 5492555 #

DATED this 13th day of February, 2019.

　　　　　　　　　　　　　　　　／s／ Timothy J. Cavan  
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN  
　　　　　　　　　　　　　　　　United States Magistrate Judge